459 A.2d 25

Commonwealth v. Hall, Appellant.

Submitted February 8, 1983. Vincent P. DiFabio, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Judgment of sentence affirmed.

459 A.2d 25

Commonwealth v. Hart, Appellant.
Petition for Allowance of Appeal
Denied Aug. 24, 1983.

Argued February 22, 1982. Stuart Wilder, Assistant Public Defender, for appellant; C. Theodore Fritsch, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.